QUIN DENVIR, Bar #49374
Federal Defender

LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLINTON JAMES SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 04-321 MCE |
| Plaintiff, | |
| v. | MOTION TO EXONERATE THE BOND; ORDER |
| CLINTON JAMES SMITH, | |
| Defendant. | Judge: Hon. Morrison C. England |

    The defendant, Clinton James Smith, was arraigned on August 25, 2004 on charges of being a felony in possession of a firearm in violation of 18 U.S.C. § 921(g)(1). He was ordered detained. On September 15, 2004, after a hearing on the defendant's motion to review the detention order, the magistrate ordered Mr. Smith released subject to a $50,000 secured bond, with certain conditions and under the supervision of Pretrial Services. On September 24, 2004 Mr. Smith's mother, Lynn Schwall, posted $50,000 cash as security for her son's release. On that same day the magistrate ordered Mr. Smith's release.

    On February 22, 2005, Ms. Schwall notified counsel undersigned as well as Pretrial Services Agent Hall that she was no longer willing to

secure her son's release.  Mr. Smith did not report to pretrial to address the matter.  A petition to revoke release was filed on February 24, 2005 and a no bail bench warrant was issued.

Mr. Smith was subsequently arrested on state charges.  He is currently detained at the Sacramento County Jail pending the resolution of his state charges.  There is also a federal hold on Mr. Smith.  He will be returning to federal court on this case once his state case is resolved.

Ms. Schwall has contacted counsel undersigned on numerous occasions requesting that this motion be filed as she no longer wished to secure her son's release and as he is currently in custody.

Dated: July 8, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
CLINTON JAMES SMITH

**O R D E R**

The $50,000 bond in the above captioned case is hereby exonerated.

Dated: July 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2