| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S- 04-00321-MCE |
| v. ) | |
| ) | |
| CLINTON JAMES SMITH ) | |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:    CLINTON JAMES SMITH
Detained at (custodian): SACRAMENTO COUNTY JAIL

Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
             charging detainee with: **Felon in Possession of a Firearm**.
   or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
   or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
             is currently being served at the detaining facility

*Appearance is necessary before United States District Court Judge Morrison C. England, Jr. on February 27, 2007, at 8:30 a.m. in the Eastern District of California.*

Signature:    /s/ Kenneth J. Melikian
Printed Name & Phone No:    AUSA KENNETH J. MELIKIAN    (916)554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on February 27, 2007 at 8:30 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:

Dated: February 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

AKA(s) (if applicable): _____    Male X
Booking or CDC #:    XREF 0656350    DOB: **/**/1980
Facility Address:    651 I Street, Sacramento, California 95814    Race: White
       FBI #:
Facility Phone:    (916)874-6752
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____    By: _____
                                                                                    (Signature)